UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OMAR COLLINS,

Plaintiff,

v.                                                      Case No: 6:20-cv-2379-GKS-LRH

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

# ORDER

THIS CAUSE comes before the Court upon the Defendant Commissioner of Social Security's (Commissioner), Unopposed Motion for Entry of Judgment with Remand (Doc. 29). Defendant's Motion specifies that

> [u]pon receipt of the court order, the Appeals Council will instruct the administrative law judge to seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the *Dictionary of Occupational Titles* pursuant to Social Security Ruling 00-4p; give Plaintiff an opportunity for a hearing; and issue a new decision.

(Doc. 29:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On November 23, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered for Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

> 1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 30) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.
>
> 2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 29) is **GRANTED**.
>
> 3. The Commissioner's final decision is **REVERSED,** and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.
>
> 4. The Clerk of Court is **DIRECTED** to enter Judgment

in favor of Plaintiff, Omar Collins, and against Defendant Commissioner, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___23___ day of December, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties